**PHILLIPS & STANLEY v. Nancy HANDLEY.**

6 Div. 351.

Supreme Court of Alabama.

Oct. 12, 1933.

W. W. Bankhead, of Jasper, for appellants.

R. A. Cooner, of Jasper, for appellee.

THOMAS, Justice.

Affirmed.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.